Case 2:23-cv-00332   Document 33   Filed on 08/05/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Deborah Johnson <br> Plaintiff, | § § § | |
| v. | § | Civil Action No. 2:23-cv-332 |
| Felipe Martinez et al., <br> Defendants. | § § § § | |

# FINAL JUDGMENT

Pursuant to the Order Granting Parties' Joint Stipulation of Dismissal (D.E. 32), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on August 5, 2025 .

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE